# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ERVIE T. MATTHEWS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. Action No. |
| | § | 3:05-CV-1190-K |
| JO ANNE B. BARNHART, | § | |
| Commissioner of the Social | § | |
| Security Administration, | § | |
| Defendant. | § | |

## ORDER ADOPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the Court.

**IT IS, THEREFORE, ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted.

Entered this   18th   day of October, 2005.

/s/ Ed Kinkeade
ED KINKEADE
UNITED STATES DISTRICT JUDGE